UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SCOTT,<br><br>    Plaintiff,<br><br>    v.<br><br>R. GARCIA,<br><br>    Defendant. | Case No. 25-cv-00435-HSG<br><br>**ORDER GRANTING IN PART AND DENYING IN PART REQUEST FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTION**<br><br>Re: Dkt. No. 9 |

Good cause being shown, the Court GRANTS IN PART AND DENIES IN PART Defendant's request for an extension of time to file his dispositive motion. Dkt. No. 9. Defendant shall file his dispositive motion by August 1, 2025. If Defendant is of the opinion that this case cannot be resolved by summary judgment, Defendant must so inform the Court prior to the date the motion is due. Plaintiff's opposition to Defendant's motion must be filed with the Court and served upon Defendant no later than 28 days from the date the motion is filed. Defendant shall file a reply brief no later than 14 days after the date the opposition is docketed in the Court's electronic filing system. The motion will be deemed submitted on the date the reply brief is due.

This order terminates Dkt. No. 9.

**IT IS SO ORDERED.**

Dated: 4/11/2025

HAYWOOD S. GILLIAM, JR.
United States District Judge