1
2
3
4                              UNITED STATES DISTRICT COURT
5                           NORTHERN DISTRICT OF CALIFORNIA
6
7    JAMES SCOTT,                              Case No. 25-cv-00435-HSG
8                        Plaintiff,            **ORDER**
9           v.                                 Re: Dkt. No. 21
10   R. GARCIA,
11                        Defendant.
12
13          Plaintiff, an inmate currently housed at Salinas Valley State Prison ("SVSP"), has filed a
14   *pro se* action pursuant to 42 U.S.C. § 1983, alleging that SVSP officer R. Garcia used excessive
15   force in violation of the Eighth Amendment.  On November 3, 2025, the Court docketed in this
16   case a pleading titled "Motion to Compel by Subpoena for Deposition by Oral Examination."  Dkt.
17   No. 21.  The pleading listed C No. 25-cv-00435 HSG as the case number, but had the caption for
18   Plaintiff's other case, C No. 24-cv-01335 HSG, *Scott v. Dominguez*.  The Court has reviewed Dkt.
19   No. 21, and Dkt. No. 21 appears to be intended for filing in C No. 24-cv-01335 HSG, *Scott v.*
20   *Dominguez*.  The Court therefore ORDERS the Clerk to docket Dkt. No. 21 in C No. 24-cv-01335
21   HSG, *Scott v. Dominguez*, and mark Dkt. No. 21 in this case as docketed in error.
22          This order terminates Dkt. No. 21.
23          **IT IS SO ORDERED.**
24   Dated:   11/21/2025
25
26                                             HAYWOOD S. GILLIAM, JR.
                                               United States District Judge
27
28

United States District Court
Northern District of California