UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SCOTT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>R. GARCIA,<br><br>　　　　Defendant. | Case No. 25-cv-00435-HSG<br><br>**JUDGMENT** |

The Court has GRANTED summary judgment in favor of defendant Garcia and against Plaintiff. Judgment is entered in favor of defendant Garcia and against Plaintiff. The Clerk shall close the case.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: December 17, 2025

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge