UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SCOTT,<br>　　　　Plaintiff,<br>　v.<br>R. GARCIA,<br>　　　　Defendant. | Case No. 25-cv-00435-HSG<br><br>**ORDER DENYING AS MOOT REQUEST FOR EXTENSION OF TIME TO FILE OPPOSITION**<br><br>Re: Dkt. No. 31 |

Plaintiff filed this *pro se* civil rights action pursuant to 42 U.S.C. § 1983, alleging that on August 28, 2024, Salinas Valley State Prison ("SVSP") correctional officer R. Garcia used excessive force on him, in violation of the Eighth Amendment. Plaintiff has requested a ninety-day extension of time to file his opposition to the summary judgment motion, stating that he was unaware of the deadline to file his opposition due to switching prisons and because he was uncertain if the government shutdown had affected filing deadlines, and that he was in the SHU with limited access to the law library. Dkt. No. 31. The Court DENIES this request as moot. The Court granted defendant Garica's motion for summary judgment on December 17, 2025, and entered judgment in favor of Defendant and against Plaintiff that same day. Dkt. Nos. 27, 28. This case is closed.

　　　This order terminates Dkt. No. 31.

　　　**IT IS SO ORDERED.**

Dated: 1/6/2026

　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　United States District Judge